September, 24, ,2015

47,975-03,04

Abel Acosta
Clerk
SUPREME COURT Bldg.
201 W. 14th st. Rm.106
Austin, Texas 78711-2308

COURT OF CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 29 2015

Abel Acosta, Clerk

47-
RE: WR, 975-04 and (03)

Dear Ms. Acosta,

My name is Roy Jon, I am a state prisoner, and I received
some docket sheet's from your office. I am comfused with the disposition
and order on the docket sheet's. If I may, can I please reveiw the
docments in cause number W92-63805-L(A); Dates 04/05/2001; 04/11/2001
twice with (HCRDEN/NH EAR);WR-47,975-03 and cause number W92-63805-L(B)
Dates 10/17/2007; (HCRDEN?NH EAR)(HC DEN w/o ORD ON TD FIND w/o HRG);
WR-47,975-04.

Ms. Acosta, I would greatly apprepriated if I may reveiw these
documents under the following cause number's. I want to thank you in
advance for your immediate attention.

RESPECTFULLY SUBMITTED

ROY JON #26840
O.B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343

C.C. FILED